UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LASALLE BANK, ET AL.     CIVIL ACTION
VERSUS
MASSACHUSETTS BAY INSURANCE CO.     NO. 06-444

## Order

The following motions before this Court are hereby DENIED but may be reargued at a later date: Motion to Dismiss River Park Real Estate, LLC for Lack of Standing (Doc. 59), Motion to Dismiss Counterclaim for Statutory Interpleader and Related Relief (Doc. 60), Motion for Partial Summary Judgment on the Issue of Application of Statutory Penalties (Doc. 61), and Motion for Summary Judgment Seeking the Dismissal of Ackel Real Estate, LLC's Counterclaims Against Defendant, Massachusetts Bay (Doc. 62).

Baton Rouge, Louisiana, this 15th December, 2008.

James J. Brady, District Judge